People v Richards (2026 NY Slip Op 00332)

People v Richards

2026 NY Slip Op 00332

Decided on January 27, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 27, 2026

Before: Moulton, J.P., Mendez, Rodriguez, Rosado, Hagler, JJ. 

Ind. No. 74771/22|Appeal No. 5670|Case No. 2024-03432|

[*1]The People of the State of New York, Respondent,
vTieara Richards, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Ronald Zapata of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew J. Loizides of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Timothy W. Lewis, J.), rendered May 8, 2024, convicting defendant, upon her plea of guilty, of attempted assault in the first degree , and sentencing her to a term of three-and-a-half years imprisonment and five years of post-release supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the post-release supervision component of the sentence to a term of three-and-a-half years, and otherwise affirmed.
We find the sentence excessive to the extent indicated. The record does not establish a valid appeal waiver.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 27, 2026